IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JACK JARRETT, | No. CV 06-1860-MO |
| Plaintiff, | JUDGMENT |
| v. | |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**MOSMAN, J.,**

    Based on the record,

    IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED, and this case is DISMISSED.

    DATED this  13th  day of March, 2008.

                                           /s/ Michael W. Mosman
                                           MICHAEL W. MOSMAN
                                           United States District Judge